IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

          Plaintiff,

    v.                                        Case No. 10-CV-537

LYNN RITTENHOUSE,

          Defendant.

---

**ORDER GRANTING MOTION TO COMPEL ANSWERS TO INTERROGATORIES
AND REQUEST FOR PRODUCTION OF DOCUMENTS**

---

      Upon consideration of the motion of the United States and pursuant to Rule 37(a) of the Federal Rules of Civil Procedure,

      IT IS HEREBY ORDERED that the defendant Lynn Rittenhouse serve on the plaintiff answers to the plaintiff's written interrogatories and request for production of documents on or before March 24, 2015.

      Dated this 4th day of February, 2015.

                                                  BY THE COURT:

                                                  STEPHEN L. CROCKER
                                                  United States Magistrate Judge