IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                    Case No. 10-CV-537-bbc

LYNN RITTENHOUSE,

        Defendant.

---

### ORDER

---

A hearing to show cause why defendant should not be held in contempt was held on May 20, 2015, before United States District Judge Barbara B. Crabb. Plaintiff appeared by Heidi L. Luehring, Assistant United States Attorney. Defendant failed to appear.

Accordingly, IT IS ORDERED that defendant be held in contempt for failure to show cause why she should not be held in contempt. A bench warrant shall be immediately issued for defendant's appearance. Defendant is directed to immediately complete plaintiff's written interrogatories and produce requested documents.

Entered this 20th day of May, 2015.

BY THE COURT:

*Barbara B. Crabb*
BARBARA B. CRABB
United States District Judge